# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

312 EAST WISCONSIN BUILDING, LLC,

    Plaintiff,

v.                                         Case No. 21-CV-875

PROJECT BUILD BEHAVIORAL HEALTH, LLC et al.,

    Defendants.

## ORDER

Plaintiff 312 East Wisconsin Building, LLC is a limited liability corporation with two members, "both of whom are Illinois citizens." (ECF No. 1, ¶ 2.) Therefore, 312 East Wisconsin is a citizen of Illinois. *See Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998). Defendant Project Build Behavioral Health, LLC is also a citizen of Illinois. (ECF No. 41, ¶¶ 2-3.) Because there is not complete diversity between the parties, this case cannot proceed in federal court. *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267 (1806). Therefore,

**IT IS ORDERED** that this case is dismissed without prejudice.

**IT IS FURTHER ORDERED** that defendants' motions to dismiss (ECF Nos. 27, 31) are **denied** as moot.

Dated at Milwaukee, Wisconsin this 3rd day of December, 2021.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge